FILED BANKRUPTCY OK WD
OCT 21 2025 PM 3:41
*K.M.*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Aniquasea Harding )
) Case No. _____
) Chapter   7
)
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/employee income record information is filed on behalf of the debtor(s):

Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning Date | Ending Date |
|---|---|---|---|
| Debtor | Central Ok Work Force | 7/3/25 | 9-5-25 |
| Debtor | Right at Home –Self Emery | 7/11/25 | 9/19/25 |
| | | | |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/1/25

Debtor's Signature
Printed Name: Aniquasea Harding

_____
Joint Debtor's Signature (if applicable)
Printed Name: _____

☑ Pro se Debtor - *you must fill out address on 2nd page*

☐ Represented by Counsel - *you must fill out address on 2nd page*

Local Form 1007-1.D

Rev. 09/01/2024

Pro se Debtor Signature block                    Attorney Signature block


11600 Sagamore Driv                              s/_____
Debtor(s) Address
Yukon, Ok 73099                                  _____
City, State, and Zip Code                        Attorney's Name - Bar Number
405-615-1477
Telephone Number                                 _____
--                                               Address

Fax Number                                       _____
--                                               City, State, and Zip Code

Email Address                                    _____
                                                 Telephone Number

                                                 _____
                                                 Fax Number

                                                 _____
                                                 Email Address
                                                 Counsel for_____


Local Form 1007-1.C                                          Rev. 09/01/2024

# Earnings Statement

ANIQUASEA HARDING

Company: 06434 - CENTRAL OKLAHOMA WORKFORCE INVESTMENT

Pay Date: 07/03/2025

DBA: CENTRAL OKLAHOMA WORKFORCE

Emp #: A0AW

Period Start: 06/14/2025

3813 NORTH SANTA FE SUITE 135

Dept: 100 - Admin

Period End: 06/27/2025

OKLAHOMA CITY, OK  73118          (405) 622-2027

Pay Basis: Salary

| Earnings | | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|---|
| | Regular | | | 1,720.00 | 24,080.00 |
| | Phone Allowance | | | 25.00 | 350.00 |
| | Gross Pay | | | 1,745.00 | 24,430.00 |

| W/H Taxes | | | | Current Period | Year to Date |
|---|---|---|---|---|---|
| (H) | Federal W/H | | | 0.00 | 0.00 |
| | Medicare | | | 20.05 | 290.96 |
| | Social Security | | | 85.74 | 1,244.11 |
| (S/4) | Oklahoma State W/H | | | 36.00 | 539.00 |

| Deductions | | | | Current Period | Year to Date |
|---|---|---|---|---|---|
| | Garnishment $ | | | 0.00 | 1,300.00 |
| | 401K % | | | 69.80 | 977.20 |
| | Aflac pre-tax | | | 106.11 | 1,379.43 |
| | Dental Pretax | | | 32.82 | 262.57 |
| | Life Insurance Pre-Tax | | | 16.86 | 118.02 |
| | Health Pretax | | | 193.26 | 2,512.38 |
| | Eye Glass Pretax | | | 13.04 | 91.28 |
| | Net Pay | | | 1,171.32 | 15,715.05 |

Voucher No.: 672034774DD

| Net Pay Distribution | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 1,171.32 | 15,715.05 A/C:2654 |

| Employee Benefits, Allowances, and Other | | YTD Taken | Available |
|---|---|---|---|
| 401K % - Match | 69.80 | 977.20 | |

---

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

paycom  08:188:04:MC

CENTRAL OKLAHOMA WORKFORCE

INVESTMENT BOARD, INC.

3813 N SANTA FE, SUITE 135
OKLAHOMA CITY, OK  73118
[0] Dept: 100

39-64/1030          **672034774DD**

JPMorgan Chase Bank, N.A.
Oklahoma City, OK

paycom

This is not a check

Date:  **07/03/2025**

This is not a check

$      ***1,171.32

One Thousand One Hundred Seventy-One And 32/100 Dollars

This is not a check

DEPOSIT
TO THE
ORDER
OF
MP

ANIQUASEA HARDING
11600 SAGAMORE DRIVE
YUKON, OK   73099

**Direct Deposit Voucher**

**NON-NEGOTIABLE**



THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

# Earnings Statement

## HARDING, ANIQUASEA

| | | Company: 06434 - CENTRAL OKLAHOMA WORKFORCE INVESTMENT | |
|---|---|---|---|
| Pay Date: | 07/18/2025 | DBA: CENTRAL OKLAHOMA WORKFORCE | Emp #: A0AW |
| Period Start: | 06/28/2025 | 3813 NORTH SANTA FE SUITE 135 | Dept: 100 - Admin |
| Period End: | 07/11/2025 | OKLAHOMA CITY  OK  73118   (405) 622-2027 | |

Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 1720.00 | 25800.00 | |
| Phone Allowance | | 25.00 | 375.00 | |
| **Gross** | | **1745.00** | **26175.00** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 0.00 | 0.00 | |
| Medicare | | 20.96 | 311.92 | |
| Social Security | | 89.63 | 1333.74 | |
| Oklahoma State W/H(S/4) | | 39.00 | 578.00 | |
| **Deductions** | | | | |
| Garnishment $ | | 0.00 | 1300.00 | |
| Garnishment % | | 388.63 | 388.63 | |
| 401K % | | 69.80 | 1047.00 | |
| Aflac pre-tax | | 106.11 | 1485.54 | |
| Dental Pretax | | 0.00 | 262.57 | |
| Eye Glass Pretax | | 0.00 | 91.28 | |
| Health Pretax | | 193.26 | 2705.64 | |
| Life Insurance Pre-Tax | | 0.00 | 118.02 | |
| **Net Pay** | | **837.61** | **16552.66** Voucher No. 676369676DD |
| **Net Pay Distribution** | | | | |
| | | 837.61 | 16552.66 A/C:2654 | |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401K % - Match | 69.80 | 1047.00 *Company Match | | |

**Earnings Statement**                                                                           ANIQUASEA HARDING

Company: 06434 - CENTRAL OKLAHOMA WORKFORCE INVESTMENT

| | |
|---|---|
| Pay Date: 08/01/2025 | DBA: CENTRAL OKLAHOMA WORKFORCE |
| Period Start: 07/12/2025 | 3813 NORTH SANTA FE SUITE 135 |
| Period End: 07/25/2025 | OKLAHOMA CITY, OK  73118          (405) 622-2027 |

Emp #: A0AW
Dept: 100 - Admin
Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 1,720.00 | 27,520.00 |
| Phone Allowance | | | 25.00 | 400.00 |
| **Gross Pay** | | | **1,745.00** | **27,920.00** |

| W/H Taxes | | | Current Period | Year to Date |
|---|---|---|---|---|
| (H)   Federal W/H | | | 0.00 | 0.00 |
| Medicare | | | 20.06 | 331.98 |
| Social Security | | | 85.74 | 1,419.48 |
| (S/4)  Oklahoma State W/H | | | 35.00 | 613.00 |

| Deductions | | | Current Period | Year to Date |
|---|---|---|---|---|
| Garnishment % | | | 0.00 | 388.63 |
| Garnishment $ | | | 100.00 | 1,400.00 |
| 401K % | | | 87.25 | 1,134.25 |
| Aflac pre-tax | | | 106.11 | 1,591.65 |
| Dental Pretax | | | 32.82 | 295.39 |
| Life Insurance Pre-Tax | | | 16.86 | 134.88 |
| Health Pretax | | | 193.26 | 2,898.90 |
| Eye Glass Pretax | | | 13.04 | 104.32 |
| **Net Pay** | | | **1,054.86** | **17,607.52** |

Voucher No.: 679770994DD

| Net Pay Distribution | | |
|---|---|---|
| Direct Deposit Net Check | 1,054.86 | 17,607.52 A/C:2654 |

| Employee Benefits, Allowances, and Other | YTD Taken | Available |
|---|---|---|
| 401K % - Match | 87.25 | 1,134.25 |

---



paycom·   53:65:10:MC

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.

CENTRAL OKLAHOMA WORKFORCE

INVESTMENT BOARD, INC.
3813 N SANTA FE, SUITE 135
OKLAHOMA CITY, OK  73118
[0] Dept: 100

39-64/1030        **679770994DD**

JPMorgan Chase Bank, N.A.
Oklahoma City, OK                 paycom·

~~This is not a check~~

Date:   **08/01/2025**

~~This is not a check~~          ***1,054.86

One Thousand Fifty-Four And 86/100 Dollars

~~This is not a check~~

DEPOSIT   ANIQUASEA HARDING
TO THE     11600 SAGAMORE DRIVE          **Direct Deposit Voucher**
ORDER     YUKON, OK   73099
OF                                                    **NON-NEGOTIABLE**
MP

THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

Voucher No: 679770994DD

CENTRAL OKLAHOMA WORKFORCE
INVESTMENT BOARD, INC.                        DATE: 08/01/2025
3813 N SANTA FE, SUITE 135
OKLAHOMA CITY, OK  73118
Dept: 100

**Net Pay:**                                                      **1054.86**

One Thousand Fifty Four And 86/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DRIVE                 For Record Purposes Only
YUKON, OK  73099                          **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

Company: 06434 - CENTRAL OKLAHOMA WORKFORCE
INVESTMENT

| | | DBA: CENTRAL OKLAHOMA WORKFORCE | Emp #: A0AW |
|---|---|---|---|
| Pay Date: | 08/15/2025 | | |
| Period Start: | 07/26/2025 | 3813 NORTH SANTA FE SUITE 135 | Dept: 100 - Admin |
| Period End: | 08/08/2025 | OKLAHOMA CITY  OK  73118    (405) 622-2027 | |

Pay Basis: Salary

| | Rate Hours/Units | Current Period | Year To Date | |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | 1771.60 | 29291.60 | |
| Phone Allowance | | 25.00 | 425.00 | |
| **Gross** | | **1796.60** | **29716.60** | |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | 0.00 | 0.00 | |
| Medicare | | 21.71 | 353.69 | |
| Social Security | | 92.83 | 1512.31 | |
| Oklahoma State W/H(S/4) | | 41.00 | 654.00 | |
| **Deductions** | | | | |
| Garnishment $ | | 100.00 | 1500.00 | |
| Garnishment % | | 0.00 | 388.63 | |
| 401K % | | 89.83 | 1224.08 | |
| Aflac pre-tax | | 106.11 | 1697.76 | |
| Dental Pretax | | 0.00 | 295.39 | |
| Eye Glass Pretax | | 0.00 | 104.32 | |
| Health Pretax | | 193.26 | 3092.16 | |
| Life Insurance Pre-Tax | | 0.00 | 134.88 | |
| **Net Pay** | | **1151.86** | **18759.38** Voucher No. 6R3R22809DD |
| **Net Pay Distribution** | | | | |
| | | 1151.86 | 18759.38 A/C:2654 | |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| 401K % - Match | 89.83 | 1224.08 *Company Match | | |

Voucher No. 683822809DD

CENTRAL OKLAHOMA WORKFORCE
INVESTMENT BOARD, INC.
3813 N SANTA FE, SUITE 135
OKLAHOMA CITY, OK 73118
Dept: 100

DATE: 08/15/2025

## Net Pay:

1151.86

One Thousand One Hundred Fifty One And 86/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DRIVE
YUKON, OK 73099

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

# HARDING, ANIQUASEA

Company: 06434 - CENTRAL OKLAHOMA WORKFORCE
INVESTMENT

| | | | |
|---|---|---|---|
| Pay Date: | 08/29/2025 | DBA: CENTRAL OKLAHOMA WORKFORCE | Emp #: A0AW |
| Period Start: | 08/09/2025 | 3813 NORTH SANTA FE SUITE 135 | Dept: 100 - Admin |
| Period End: | 08/22/2025 | OKLAHOMA CITY  OK  73118   (405) 622-2027 | |

Pay Basis: Salary

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | | | 1771.60 | 31063.20 |
| Phone Allowance | | | 25.00 | 450.00 |
| **Gross** | | | **1796.60** | **31513.20** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 26.05 | 379.74 |
| Social Security | | | 111.39 | 1623.70 |
| Oklahoma State W/H(S/4) | | | 55.00 | 709.00 |
| **Deductions** | | | | |
| Garnishment $ | | | 100.00 | 1600.00 |
| Garnishment % | | | 0.00 | 388.63 |
| 401K % | | | 89.83 | 1313.91 |
| Aflac pre-tax | | | 0.00 | 1697.76 |
| Dental Pretax | | | 0.00 | 295.39 |
| Eye Glass Pretax | | | 0.00 | 104.32 |
| Health Pretax | | | 0.00 | 3092.16 |
| Life Insurance Pre-Tax | | | 0.00 | 134.88 |
| **Net Pay** | | | **1414.33** | **20173.71** Voucher No. 687750615DD |

**Net Pay Distribution**

|  |  | 1414.33 | 20173.71 A/C:2654 |
|---|---|---|---|

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K % - Match | 89.83 | 1313.91 *Company Match | | |

# Earnings Statement

ANIQUASEA HARDING

Company: 06434 - CENTRAL OKLAHOMA WORKFORCE INVESTMENT

DBA: CENTRAL OKLAHOMA WORKFORCE

3813 NORTH SANTA FE SUITE 135

OKLAHOMA CITY, OK 73118          (405) 622-2027

Pay Date: 07/18/2025

Period Start: 06/28/2025

Period End: 07/11/2025

Emp #: A0AW

Dept: 100 - Admin

Pay Basis: Salary

| Earnings | Rate | Hours/Units | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | | | 1,720.00 | 25,800.00 |
| Phone Allowance | | | 25.00 | 375.00 |
| **Gross Pay** | | | 1,745.00 | 26,175.00 |

| W/H Taxes | | Current Period | Year to Date |
|---|---|---|---|
| (H) | Federal W/H | 0.00 | 0.00 |
| | Medicare | 20.96 | 311.92 |
| | Social Security | 89.63 | 1,333.74 |
| (S/4) | Oklahoma State W/H | 39.00 | 578.00 |

| Deductions | Current Period | Year to Date |
|---|---|---|
| Garnishment % | 388.63 | 388.63 |
| Garnishment $ | 0.00 | 1,300.00 |
| 401K % | 69.80 | 1,047.00 |
| Aflac pre-tax | 106.11 | 1,485.54 |
| Dental Pretax | 0.00 | 262.57 |
| Life Insurance Pre-Tax | 0.00 | 118.02 |
| Health Pretax | 193.26 | 2,705.64 |
| Eye Glass Pretax | 0.00 | 91.28 |
| **Net Pay** | 837.61 | 16,552.66 |

Voucher No.: 676369676DD

| Net Pay Distribution | Current Period | Year to Date |
|---|---|---|
| Direct Deposit Net Check | 837.61 | 16,552.66 A/C:2654 |

| Employee Benefits, Allowances, and Other | | YTD Taken | Available |
|---|---|---|---|
| 401K % - Match | 69.80 | 1,047.00 | |

THE FACE OF THIS DOCUMENT HAS A COLOURED VOID PANTOGRAPH BACKGROUND, HEAT SENSITIVE RED ICON, ARTIFICIAL WATERMARK, AND MICROPRINTING.




paycom    02:183:10:MC

CENTRAL OKLAHOMA WORKFORCE

INVESTMENT BOARD, INC.

3813 N SANTA FE, SUITE 135

OKLAHOMA CITY, OK 73118

[0] Dept: 100

39-64/1030          676369676DD

JPMorgan Chase Bank, N.A.
Oklahoma City, OK

paycom

This is not a check

Date:  07/18/2025

This is not a check    $ ***837.61

**Eight Hundred Thirty-Seven And 61/100 Dollars**

This is not a check

DEPOSIT TO THE ORDER OF

ANIQUASEA HARDING
11600 SAGAMORE DRIVE
YUKON, OK  73099

MP

**Direct Deposit Voucher**

**NON-NEGOTIABLE**

THE REVERSE SIDE OF THIS DOCUMENT HAS LISTED SECURITY FEATURES.

Voucher No. 687750615DD

**CENTRAL OKLAHOMA WORKFORCE
INVESTMENT BOARD, INC.**
3813 N SANTA FE, SUITE 135
OKLAHOMA CITY, OK  73118
Dept: 100

DATE: 08/29/2025

**Net Pay:**                                              **1414.33**

One Thousand Four Hundred Fourteen And 33/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DRIVE
YUKON, OK  73099

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

| Pay Date: | 07/11/2025 | Company: 0Y476 - SELF ENTERPRISES LLC | Emp #: A0NK |
|---|---|---|---|
| Period Start: | 06/29/2025 | 1400 N COUNCIL RD | Dept: 010 - Home Care & Companion |
| Period End: | 07/05/2025 | OKLAHOMA CITY  OK  73127   (405) 605-6064 | Pay Basis: Hourly |

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Holiday | 112.50 | 1.00 | 112.50 | 645.78 |
| Mileage | 0.67 | 0.00 | 0.00 | 85.15 |
| Regular | 15.00 | 12.00 | 180.00 | 8593.59 |
| Regular | 22.00 | 7.58 | 166.76 | 0.00 |
| Regular | 10.00 | 3.00 | 30.00 | 0.00 |
| Travel Time | 7.25 | 0.00 | 0.00 | 13.57 |
| Visits | 40.00 | 1.00 | 40.00 | 475.00 |
| **Gross** | | **24.58** | **529.26** | **9813.09** |

| W/H Taxes | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 7.68 | 141.06 |
| Social Security | | | 32.81 | 603.13 |
| Oklahoma State W/H(S/4) | | | 11.00 | 126.00 |

| Deductions | | | Current Period | Year To Date |
|---|---|---|---|---|
| 401K Percent | | | 15.88 | 23.09 |

| **Net Pay** | | | **461.89** | **8919.81** Voucher No. 675057825DD |
|---|---|---|---|---|
| **Net Pay Distribution** | | | | |
| | | | 461.89 | 8919.81 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 15.88 | 23.09 *Company Match | | |
| Paid Time Off Caregivers Hours (Hours) | 0.45 | 9.51 | 0.00 | 9.51 |

---

Voucher No.  675057825DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 07/11/2025

## Net Pay:

461.89

Four Hundred Sixty One And 89/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

## HARDING, ANIQUASEA

| Pay Date: | 07/18/2025 | Company: 0Y476 - SELF ENTERPRISES LLC | | Emp #: A0NK |
|---|---|---|---|---|
| Period Start: | 07/06/2025 | 1400 N COUNCIL RD | | Dept: 010 - Home Care & Companion |
| Period End: | 07/12/2025 | OKLAHOMA CITY  OK  73127    (405) 605-6064 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 15.60 | 10.45 | 95.60 |
| Regular | 15.00 | 10.92 | 163.80 | 9091.13 |
| Regular | 22.00 | 15.17 | 333.74 | 0.00 |
| Travel Time | 7.25 | 0.00 | 0.00 | 13.57 |
| Visits | 40.00 | 0.00 | 0.00 | 475.00 |
| **Gross** | | **41.69** | **507.99** | **10321.08** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 7.21 | 148.27 |
| Social Security | | | 30.85 | 633.98 |
| Oklahoma State W/H(S/4) | | | 10.00 | 136.00 |
| **Deductions** | | | | |
| 401K Percent | | | 15.24 | 38.33 |
| **Net Pay** | | | **444.69** | **9364.50** Voucher No. 677111279DD |
| **Net Pay Distribution** | | | | |
| | | | 444.69 | 9364.50 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 15.24 | 38.33 *Company Match | | |
| Paid Time Off Caregivers Hours (Hours) | 0.50 | 10.01 | 0.00 | 10.01 |

---

Voucher No. 677111279DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 07/18/2025

## Net Pay:

## 444.69

Four Hundred Forty Four And 69/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

| | | | | |
|---|---|---|---|---|
| Pay Date: | 07/25/2025 | Company: 0Y476 - SELF ENTERPRISES LLC | | Emp #: A0NK |
| Period Start: | 07/13/2025 | 1400 N COUNCIL RD | | Dept: 010 - Home Care & Companion |
| Period End: | 07/19/2025 | OKLAHOMA CITY  OK  73127   (405) 605-6064 | | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 0.00 | 0.00 | 95.60 |
| Regular | 15.00 | 11.00 | 165.00 | 9517.49 |
| Regular | 22.00 | 9.50 | 209.00 | 0.00 |
| Regular | 17.00 | 3.08 | 52.36 | 0.00 |
| Travel Time | 7.25 | 0.47 | 3.41 | 16.98 |
| Visits | 40.00 | 1.00 | 40.00 | 515.00 |
| **Gross** | | 25.05 | 469.77 | 10790.85 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 6.81 | 155.08 |
| Social Security | | | 29.13 | 663.11 |
| Oklahoma State W/H(S/4) | | | 9.00 | 145.00 |
| **Deductions** | | | | |
| 401K Percent | | | 14.09 | 52.42 |
| **Net Pay** | | | 410.74 | 9775.24 Voucher No. 679299190DD |
| **Net Pay Distribution** | | | | |
| | | | 410.74 | 9775.24 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 14.09 | 52.42 *Company Match | | |
| Paid Time Off Caregivers Hours (Hours) | 0.47 | 10.48 | 0.00 | 10.48 |

---

Voucher No.  679299190DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD          DATE: 07/25/2025
OKLAHOMA CITY, OK 73127
Dept: 010

## Net Pay:                                              **410.74**

Four Hundred Ten And 74/100 Dollars


HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

## HARDING, ANIQUASEA

| Pay Date: | 08/01/2025 | Company: 0Y476 - SELF ENTERPRISES LLC | Emp #: A0NK |
|---|---|---|---|
| Period Start: | 07/20/2025 | 1400 N COUNCIL RD | Dept: 010 - Home Care & Companion |
| Period End: | 07/26/2025 | OKLAHOMA CITY OK 73127   (405) 605-6064 | Pay Basis: Hourly |

| | | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Holiday | | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | | 0.67 | 54.70 | 36.65 | 132.25 |
| Regular | | 15.00 | 11.00 | 165.00 | 10075.23 |
| Regular | | 22.00 | 15.92 | 350.24 | 0.00 |
| Regular | | 17.00 | 2.50 | 42.50 | 0.00 |
| Travel Time | | 7.25 | 1.33 | 9.65 | 26.63 |
| Visits | | 40.00 | 0.00 | 0.00 | 515.00 |
| | **Gross** | | 85.45 | 604.04 | 11394.89 |
| **W/H Taxes** | | | | | |
| Federal W/H(H) | | | | 0.00 | 0.00 |
| Medicare | | | | 8.23 | 163.31 |
| Social Security | | | | 35.17 | 698.28 |
| Oklahoma State W/H(S/4) | | | | 13.00 | 158.00 |
| **Deductions** | | | | | |
| 401K Percent | | | | 18.12 | 70.54 |
| | **Net Pay** | | | 529.52 | 10304.76 Voucher No. 681101350DD |
| **Net Pay Distribution** | | | | | |
| | | | | 529.52 | 10304.76 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 18.12 | 70.54 *Company Match | | |
| Paid Time Off Caregivers Hours (Hours) | 0.57 | 11.05 | 0.00 | 11.05 |

---

Voucher No.  681101350DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 08/01/2025

## Net Pay:

## 529.52

Five Hundred Twenty Nine And 52/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

| | | | |
|---|---|---|---|
| Pay Date: | 08/08/2025 | Company: 0Y476 - SELF ENTERPRISES LLC | Emp #: A0NK |
| Period Start: | 07/27/2025 | 1400 N COUNCIL RD | Dept: 010 - Home Care & Companion |
| Period End: | 08/02/2025 | OKLAHOMA CITY  OK  73127    (405) 605-6064 | |

Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 0.00 | 0.00 | 132.25 |
| Regular | 15.00 | 11.00 | 165.00 | 10408.75 |
| Regular | 22.00 | 7.66 | 168.52 | 0.00 |
| Travel Time | 7.25 | 0.00 | 0.00 | 26.63 |
| Visits | 40.00 | 0.00 | 0.00 | 515.00 |
| **Gross Pay** | | **18.66** | **333.52** | **11728.41** |

| W/H Taxes | | Current Period | Year To Date |
|---|---|---|---|
| Federal W/H(H) | | 0.00 | 0.00 |
| Medicare | | 4.83 | 168.14 |
| Social Security | | 20.68 | 718.96 |
| Oklahoma State W/H(S/4) | | 2.00 | 160.00 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| 401K Percent | 10.01 | 80.55 |

| **Net Pay** | **296.00** | **10600.76** Voucher No. 682906669DD |
|---|---|---|

**Net Pay Distribution**

| | 296.00 | 10600.76 A/C:2654 |
|---|---|---|

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 10.01 | 80.55 *Company Match | | |
| Paid Time Off Caregivers (Hours) | 0.36 | 11.41 | 0.00 | 11.41 |

---

| | Voucher No.  682906669DD |
|---|---|
| SELF ENTERPRISES LLC<br>1400 N COUNCIL RD<br>OKLAHOMA CITY, OK 73127<br>Dept: 010 | DATE: 08/08/2025 |

## Net Pay:                                            296.00

Two Hundred Ninety Six And 00/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

| | | |
|---|---|---|
| Pay Date: | 08/15/2025 | Company: 0Y476 - SELF ENTERPRISES LLC |
| Period Start: | 08/03/2025 | 1400 N COUNCIL RD |
| Period End: | 08/09/2025 | OKLAHOMA CITY  OK  73127    (405) 605-6064 |

Emp #: A0NK

Dept: 010 - Home Care & Companion

Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 67.40 | 45.16 | 177.41 |
| Regular | 15.00 | 11.58 | 173.70 | 10880.85 |
| Regular | 17.00 | 1.92 | 32.64 | 0.00 |
| Regular | 22.00 | 12.08 | 265.76 | 0.00 |
| Travel Time | 7.25 | 1.52 | 11.03 | 37.66 |
| Visits | 40.00 | 0.00 | 0.00 | 515.00 |
| **Gross Pay** | | **94.50** | **528.29** | **12256.70** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 7.01 | 175.15 |
| Social Security | | | 29.96 | 748.92 |
| Oklahoma State W/H(S/4) | | | 9.00 | 169.00 |
| **Deductions** | | | | |
| 401K Percent | | | 15.85 | 96.40 |
| **Net Pay** | | | **466.47** | **11067.23** Voucher No.  684882850DD |
| **Net Pay Distribution** | | | | |
| | | | 466.47 | 11067.23 A/C:2654 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 15.85 | 96.40 •Company Match | | |
| Paid Time Off Caregivers (Hours) | 0.49 | 11.90 | 0.00 | 11.90 |

---

Voucher No.  684882850DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 08/15/2025

## Net Pay:

## 466.47

Four Hundred Sixty Six And 47/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

For Record Purposes Only
**NON-NEGOTIABLE**

Voucher No.  694554856DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD                          DATE: 09/19/2025
OKLAHOMA CITY, OK 73127
Dept: 010

**Net Pay:**                                                      **501.18**

Five Hundred One And 18/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR                    For Record Purposes Only
YUKON, OK  73099                       **\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**HARDING, ANIQUASEA**

| | |
|---|---|
| Pay Date: | 08/29/2025 |
| Period Start: | 08/17/2025 |
| Period End: | 08/23/2025 |

Company: 0Y476 - SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY  OK  73127    (405) 605-6064

Emp #: A0NK

Dept: 010 - Home Care & Companion

Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 10.80 | 7.23 | 204.47 |
| Overtime | 25.50 | 0.00 | 0.00 | 10.71 |
| Regular | 17.00 | 1.92 | 32.64 | 11682.72 |
| Regular | 22.00 | 4.00 | 88.00 | 0.00 |
| Travel Time | 7.25 | 0.00 | 0.00 | 41.29 |
| Visits | 40.00 | 0.00 | 0.00 | 515.00 |
| **Gross Pay** | | 16.72 | 127.87 | 13099.97 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 1.74 | 186.98 |
| Social Security | | | 7.48 | 799.52 |
| Oklahoma State W/H(S/4) | | | 0.00 | 188.00 |
| **Deductions** | | | | |
| 401K Percent | | | 3.84 | 121.70 |
| **Net Pay** | | | 114.81 | 11803.77 Voucher No. 688791346DD |
| **Net Pay Distribution** | | | | |
| | | | 114.81 | 11803.77 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 3.84 | 121.70 *Company Match | | |
| Paid Time Off Caregivers (Hours) | 0.11 | 12.77 | 0.00 | 12.77 |

---

Voucher No.  688791346DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 08/29/2025

## Net Pay:

**114.81**

One Hundred Fourteen And 81/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

Voucher No. 696482300DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 09/26/2025

**Net Pay:**                                                                 538.48

Five Hundred Thirty Eight And 48/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

| | | |
|---|---|---|
| Pay Date: | 10/03/2025 | Company: 0Y476 - SELF ENTERPRISES LLC |
| Period Start: | 09/21/2025 | 1400 N COUNCIL RD |
| Period End: | 09/27/2025 | OKLAHOMA CITY  OK  73127   (405) 605-6064 |

Emp #: A0NK

Dept:  010 - Home Care & Companion

Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 0.00 | 0.00 | 273.22 |
| Overtime | 25.50 | 0.00 | 0.00 | 711.01 |
| Regular | 15.00 | 0.75 | 11.25 | 14130.07 |
| Regular | 17.00 | 3.00 | 51.00 | 0.00 |
| Travel Time | 7.25 | 0.00 | 0.00 | 56.74 |
| Visits | 40.00 | 0.00 | 0.00 | 515.00 |
| **Gross Pay** | | 3.75 | 62.25 | 16331.82 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 0.90 | 232.85 |
| Social Security | | | 3.86 | 995.63 |
| Oklahoma State W/H(S/4) | | | 0.00 | 280.00 |
| **Deductions** | | | | |
| 401K Percent | | | 1.87 | 218.65 |
| **Net Pay** | | | 55.62 | 14604.69 Voucher No. 698422289DD |
| **Net Pay Distribution** | | | | |
| | | | 55.62 | 14604.69 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 1.87 | 218.65 *Company Match | | |
| Paid Time Off Caregivers (Hours) | 0.07 | 15.79 | 0.00 | 15.79 |

---

Voucher No.  698422289DD

SELF ENTERPRISES LLC
1400 N COUNCIL RD
OKLAHOMA CITY, OK 73127
Dept: 010

DATE: 10/03/2025

## Net Pay:

**55.62**

Fifty Five And 62/100 Dollars

HARDING, ANIQUASEA
11600 SAGAMORE DR
YUKON, OK  73099

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

# HARDING, ANIQUASEA

| | | |
|---|---|---|
| Pay Date: | 09/26/2025 | Company: 0Y476 - SELF ENTERPRISES LLC |
| Period Start: | 09/14/2025 | 1400 N COUNCIL RD |
| Period End: | 09/20/2025 | OKLAHOMA CITY  OK  73127    (405) 605-6064 |

Emp #: A0NK

Dept:  010 - Home Care & Companion

Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 22.70 | 15.21 | 273.22 |
| Overtime | 25.50 | 0.00 | 0.00 | 711.01 |
| Regular | 15.00 | 34.00 | 510.00 | 14067.82 |
| Regular | 17.00 | 2.67 | 45.39 | 0.00 |
| Regular | 22.00 | 2.00 | 44.00 | 0.00 |
| Travel Time | 7.25 | 0.49 | 3.55 | 56.74 |
| Visits | 40.00 | 0.00 | 0.00 | 515.00 |
| **Gross Pay** | | 61.86 | 618.15 | 16269.57 |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 8.75 | 231.95 |
| Social Security | | | 37.38 | 991.77 |
| Oklahoma State W/H(S/4) | | | 15.00 | 280.00 |
| **Deductions** | | | | |
| 401K Percent | | | 18.54 | 216.78 |
| **Net Pay** | | | 538.48 | 14549.07 Voucher No.  696482300DD |
| **Net Pay Distribution** | | | | |
| | | | 538.48 | 14549.07 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 18.54 | 216.78 *Company Match | | |
| Paid Time Off Caregivers (Hours) | 0.74 | 15.72 | 0.00 | 15.72 |

# Earnings Statement

## HARDING, ANIQUASEA

| | | | |
|---|---|---|---|
| Pay Date: | 09/19/2025 | Company: 0Y476 - SELF ENTERPRISES LLC | Emp #: A0NK |
| Period Start: | 09/07/2025 | 1400 N COUNCIL RD | Dept: 010 - Home Care & Companion |
| Period End: | 09/13/2025 | OKLAHOMA CITY  OK  73127   (405) 605-6064 | |

Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Holiday | 112.50 | 0.00 | 0.00 | 645.78 |
| Mileage | 0.67 | 25.80 | 17.29 | 258.01 |
| Overtime | 25.50 | 0.00 | 0.00 | 711.01 |
| Regular | 15.00 | 31.58 | 473.70 | 13468.43 |
| Regular | 22.00 | 2.00 | 44.00 | 0.00 |
| Regular | 17.00 | 2.08 | 35.36 | 0.00 |
| Travel Time | 7.25 | 0.50 | 3.63 | 53.19 |
| Visits | 40.00 | 0.00 | 0.00 | 515.00 |
| **Gross Pay** | | **61.96** | **573.98** | **15651.42** |
| **W/H Taxes** | | | | |
| Federal W/H(H) | | | 0.00 | 0.00 |
| Medicare | | | 8.07 | 223.20 |
| Social Security | | | 34.51 | 954.39 |
| Oklahoma State W/H(S/4) | | | 13.00 | 265.00 |
| **Deductions** | | | | |
| 401K Percent | | | 17.22 | 198.24 |
| **Net Pay** | | | **501.18** | **14010.59** Voucher No. 694554856DD |
| **Net Pay Distribution** | | | | |
| | | | 501.18 | 14010.59 A/C:2654 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| 401K Percent - Match | 17.22 | 198.24 *Company Match | | |
| Paid Time Off Caregivers (Hours) | 0.69 | 14.98 | 0.00 | 14.98 |