# Notice Recipients

District/Off: 1087−5  User: admin  Date Created: 10/21/2025
Case: 25−13261  Form ID: 309A  Total: 35

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Aniquasea Marie Harding | 11600 Sagamore Drive | Yukon, OK 73099 |
| ust | United States Trustee | United States Trustee   215 Dean A. McGee Ave., 4th Floor   Oklahoma City, OK 73102 | |
| tr | Stephen J. Moriarty | Fellers Snider   100 N. Broadway Ave., Suite 1700   Oklahoma City, OK 73102−8820 | |
| smg | Oklahoma Employment Security Commission | PO Box 53039   Oklahoma City, OK 73152−3039 | |
| 6980597 | Cac Financial Corp | 1601 NW Expressway   Oklahoma City Ok 73112 | |
| 6980598 | Capital Recovery Srvs | Ez Cash   15770 Dallas Pkwy   Suite 200   Dallas Tx 75248 | |
| 6980599 | City of Oklahoma City | Po Box 26570   Oklahoma City Ok 73126 | |
| 6980600 | City of Oklahoma City | Po Box 26570   Oklahoma City Ok 73126 | |
| 6980601 | Collection Mgmt | Emergency Phys of Mid America   661 Anderson Drive   Suite 110   Pittsburgh Pa 15220 | |
| 6980602 | Craig Wooten Dds | 13301 North Meridian Ave   Suite 702   Oklahoma City Ok 73120 | |
| 6980603 | Credit One Bank | Po Box 98875   Las Vegas Nv 73126 | |
| 6980604 | Dept of Education | Aidvantage   Po Box 3000001   Greenville Sc 75403 | |
| 6980606 | Empire Finance of Norman | 1816 West Main Street   Norman Ok 63069 | |
| 6980605 | Exeter Finance | Po Box 166008   Irving Tx 75016 | |
| 6980607 | First Collection Srvs | Oklahoma Natural Gas   10925 Otter Creek Rd East   Mabelville Ar 73103 | |
| 6980608 | Franklin Services | Att Uverse   Po Box 7026   Bedminster Nj 07921 | |
| 6980609 | Ians Enterprise Llc | 9450 SW Gemini Drive   Number 39525   Beaverton Or 97008 | |
| 6980610 | Ic System Inc | Att Uverse   Po Box 64378   St Paul Mn 55164 | |
| 6980611 | Ironpoint Services | Cash Mart Advance   530 Technology Drive   Irvin Ca 92618 | |
| 6980612 | Jana Ferrell and Assoc | Mustang Improvement Auth   4101 Perimeter Center Drive   Number 210   Oklahoma City Ok 73112 | |
| 6980613 | Julie Wiley Do | Billing Dept   11001 South Western Ave   Number 300   Oklahoma City Ok 73170 | |
| 6980614 | Kickoff Lending Llc | Po Box 40070   Reno Nv 89504 | |
| 6980615 | Oklahoma City Community College | Bursar   7777 South May Ave   Oklahoma City Ok 73159 | |
| 6980616 | Oklahoma Gas and Electric | Po Box 24990   Oklahoma City Ok 73124 | |
| 6980617 | Oklahoma Gas and Electric | Po Box 24990   Oklahoma City Ok 73124 | |
| 6980618 | Oklahoma Natural Gas | Po Box 219296   Kansas City Mo 64121 | |
| 6980619 | One Eight Hundred Ez Cash | 12101 North MacArthur Blvd   Ste 142   Oklahoma City Ok 73162 | |
| 6980620 | Ou Health | Po Box 269070   Oklahoma City Ok 73126 | |
| 6980621 | Radius Global Sltns | Att   7831 Glenroy Rd   Suite 250A   Minneapolis Mn 55439 | |
| 6980622 | Scs Group | 6227 Orange Street   Los Angeles Ca 90048 | |
| 6980623 | Sgs Group | Capital Debt Collector   Home Outlet Furnit   25 South Oklahoma Avenue Suite 310   Oklahoma City Ok 73104 | |
| 6980625 | Ssm Health | Benefit Recovery Group   Po Box 172207   Memphis Tn 38187 | |
| 6980624 | Ssm Health | St Anthony Hospital Okc   Po Box 76323   Chicago Il 60677 | |
| 6980626 | Ssm Healthcare of Ok | Jason Gubbins Atty   Po Box 10110   Columbia Mo 65205 | |
| 6980627 | Transworld Systems | Qvc   Po Box 15130   Wilmington De 19850 | |

TOTAL: 35