IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | | |
|---|---|---|---|---|
| In RE: | ANIQUASEA MARIE HARDING | § | Case Number: | 25-13261-SAH-7 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

### REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE THAT Exeter Finance LLC hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:
    (i)    all notices given or required to be given in the case; and
    (ii)    all pleadings and correspondence served or required to be served in this case,
regarding Exeter Finance LLC should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn:  Exeter Finance LLC Department
AIS Portfolio Services, LLC
Account:  XXX9368
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

                                    Respectfully submitted,

                                    /s/ Amitkumar Sharma
                                  Amitkumar Sharma
                                  Claims Processor
                                  Bankruptcy Servicer for Exeter Finance LLC
                                  AIS Portfolio Services, LLC
                                  4515 N Santa Fe Ave. Dept. APS
                                  Oklahoma City, OK 73118
                                  888-455-6662, Fax (817) 461-8070
                                  ECFNotices@aisinfo.com
                                  File # 1804456