United States Bankruptcy Court

Western District of Oklahoma

In re:

Aniquasea Marie Harding

Debtor

Case No. 25-13261-SAH

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1087-5

Date Rcvd: Oct 22, 2025

User: admin

Form ID: 309A

Page 1 of 2

Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aniquasea Marie Harding, 11600 Sagamore Drive, Yukon, OK 73099-6623 |
| 6980597 | + | Cac Financial Corp, 1601 NW Expressway, Oklahoma City Ok 73118-1467 |
| 6980598 | + | Capital Recovery Srvs, Ez Cash, 15770 Dallas Pkwy, Suite 200, Dallas Tx 75248-6626 |
| 6980599 | + | City of Oklahoma City, Po Box 26570, Oklahoma City Ok 73126-0570 |
| 6980602 | + | Craig Wooten Dds, 13301 North Meridian Ave, Suite 702, Oklahoma City Ok 73120-8357 |
| 6980604 | | Dept of Education, Aidvantage, Po Box 3000001, Greenville Sc 75403 |
| 6980606 | + | Empire Finance of Norman, 1816 West Main Street, Norman Ok 73069-6454 |
| 6980608 | + | Franklin Services, Att Uverse, Po Box 7026, Bedminster Nj 07921-7026 |
| 6980609 | ++ | IAN S ENTERPRISE LLC, 9450 SW GEMINI DR #39525, BEAVERTON OR 97008-7105 address filed with court:, Ians Enterprise Llc, 9450 SW Gemini Drive, Number 39525, Beaverton Or 97008 |
| 6980611 | + | Ironpoint Services, Cash Mart Advance, 530 Technology Drive, Irvin Ca 92618-1349 |
| 6980613 | + | Julie Wiley Do, Billing Dept, 11001 South Western Ave, Number 300, Oklahoma City Ok 73170-6230 |
| 6980615 | + | Oklahoma City Community College, Bursar, 7777 South May Ave, Oklahoma City Ok 73159-4419 |
| 6980618 | + | Oklahoma Natural Gas, Po Box 219296, Kansas City Mo 64121-9296 |
| 6980619 | + | One Eight Hundred Ez Cash, 12101 North MacArthur Blvd, Ste 142, Oklahoma City Ok 73162-1800 |
| 6980620 | + | Ou Health, Po Box 269070, Oklahoma City Ok 73126-9070 |
| 6980621 | + | Radius Global Sltns, Att, 7831 Glenroy Rd, Suite 250A, Minneapolis Mn 55439-3132 |
| 6980622 | + | Scs Group, 6227 Orange Street, Los Angeles Ca 90048-4814 |
| 6980623 | + | Sgs Group, Capital Debt Collector, Home Outlet Furnit, 25 South Oklahoma Avenue Suite 310, Oklahoma City Ok 73104-2414 |
| 6980625 | + | Ssm Health, Benefit Recovery Group, Po Box 172207, Memphis Tn 38187-2207 |
| 6980626 | + | Ssm Healthcare of Ok, Jason Gubbins Atty, Po Box 10110, Columbia Mo 65205-4000 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: QSJMORIARTY | Oct 23 2025 01:26:00 | Stephen J. Moriarty, Fellers Snider, 100 N. Broadway Ave., Suite 1700, Oklahoma City, OK 73102-8820 |
| smg | | Email/Text: bankruptcy@oesc.state.ok.us | Oct 22 2025 21:22:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |
| ust | + | Email/Text: USTPRegion20.OC.ECF@usdoj.gov | Oct 22 2025 21:22:00 | United States Trustee, United States Trustee, 215 Dean A. McGee Ave., 4th Floor, Oklahoma City, OK 73102-3479 |
| 6980601 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 22 2025 21:22:00 | Collection Mgmt, Emergency Phys of Mid America, 661 Anderson Drive, Suite 110, Pittsburgh Pa 15220-2700 |
| 6980603 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 22 2025 21:35:32 | Credit One Bank, Po Box 98875, Las Vegas Nv 89193-8875 |
| 6980605 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 22 2025 21:35:41 | Exeter Finance, Po Box 166008, Irving Tx 75016-6008 |
| 6980607 | + | Email/Text: Bankruptcy@FCScollects.com | | |

District/off: 1087-5 | User: admin | Page 2 of 2
Date Rcvd: Oct 22, 2025 | Form ID: 309A | Total Noticed: 33

| | | Oct 22 2025 21:22:00 | First Collection Srvs, Oklahoma Natural Gas, 10925 Otter Creek Rd East, Mabelville Ar 72103-1661 |
| 6980610 | + EDI: LCIICSYSTEM | | |
| | | Oct 23 2025 01:26:00 | Ic System Inc, Att Uverse, Po Box 64378, St Paul Mn 55164-0378 |
| 6980612 | + Email/Text: sdavis@janaferrell.com | | |
| | | Oct 22 2025 21:22:00 | Jana Ferrell and Assoc, Mustang Improvement Auth, 4101 Perimeter Center Drive, Number 210, Oklahoma City Ok 73112-2302 |
| 6980614 | ^ MEBN | | |
| | | Oct 22 2025 21:20:44 | Kickoff Lending Llc, Po Box 40070, Reno Nv 89504-4070 |
| 6980616 | + Email/Text: castiljm@oge.com | | |
| | | Oct 22 2025 21:22:00 | Oklahoma Gas and Electric, Po Box 24990, Oklahoma City Ok 73124-0990 |
| 6980620 | ^ MEBN | | |
| | | Oct 22 2025 21:20:57 | Ou Health, Po Box 269070, Oklahoma City Ok 73126-9070 |
| 6980624 | + Email/Text: bankruptcynotifications@ssmhealth.com | | |
| | | Oct 22 2025 21:22:00 | Ssm Health, St Anthony Hospital Okc, Po Box 76323, Chicago Il 60677-0001 |
| 6980627 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Oct 22 2025 21:22:00 | Transworld Systems, Qvc, Po Box 15130, Wilmington De 19850-5130 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6980600 | *+ | City of Oklahoma City, Po Box 26570, Oklahoma City Ok 73126-0570 |
| 6980617 | *+ | Oklahoma Gas and Electric, Po Box 24990, Oklahoma City Ok 73124-0990 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025          Signature:          /s/Gustava Winters

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Aniquasea Marie Harding** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court   **Western District of Oklahoma**

Case number:  **25–13261** – SAH

Social Security number or ITIN   **xxx–xx–4889**

EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ – _ _ _ _ _ _ _

Date case filed for chapter  **7   10/21/25**

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.
An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Aniquasea Marie Harding | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 11600 Sagamore Drive Yukon, OK 73099 | | |
| 4. | **Debtor's attorney** Name and address | Aniquasea Marie Harding 11600 Sagamore Drive Yukon, OK 73099 | | Contact phone _____ Email: _None_ |
| 5. | **Bankruptcy trustee** Name and address | Stephen J. Moriarty Fellers Snider 100 N. Broadway Ave., Suite 1700 Oklahoma City, OK 73102–8820 | | Contact phone (405) 232–0621 Email: smoriartytrustee@fellerssnider.com |

**For more information, see page 2 >**

Debtor **Aniquasea Marie Harding**                                                                      Case number **25–13261**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 215 Dean A. McGee<br>Oklahoma City, OK 73102 | Hours open: 8:30am – 4:30pm<br><br>Contact phone (405) 609–5700<br><br>Date: 10/21/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 18, 2025 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 722 122 0830, and Passcode 4765056125, OR call 1–405–393–9080**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/20/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, and cellphones are not permitted in the building.**