United States Bankruptcy Court

Western District of Oklahoma

In re:                                                                                    Case No. 25-13261-SAH

Aniquasea Marie Harding                                                   Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 22, 2025 | Form ID: pdf003 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2025:**

**Recip ID               Recipient Name and Address**
db                        +  Aniquasea Marie Harding, 11600 Sagamore Drive, Yukon, OK 73099-6623

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: bankruptcy@oesc.state.ok.us | Oct 22 2025 21:22:00 | Oklahoma Employment Security Commission, PO Box 53039, Oklahoma City, OK 73152-3039 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Stephen J. Moriarty | smoriartytrustee@fellerssnider.com  amoham@fellerssnider.com;smoriarty@ecf.axosfs.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 2

**Dated: October 22, 2025**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Western District of Oklahoma

In re:     Aniquasea Marie Harding          )
                                             )     Case No.     25-13261 SAH
                                             )
                                             )     Chapter     7
           Debtor(s).                        )

ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐     IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑     IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

| $ | 85.00 | Check one | ☑ | With the filing of the petition, or |
| | | | ☐ | On or before |
| $ | 85.00 | on or before | | 11/20/2025 |
| $ | 84.00 | on or before | | 12/19/2025 |
| $ | 84.00 | on or before | | 01/19/2026 |

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

#####