Certificate Number: 00301-OKW-DE-040399470

Bankruptcy Case Number: 25-13261



00301-OKW-DE-040399470

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 10, 2025</u>, at <u>12:49</u> o'clock <u>PM EST</u>, <u>ANIQUASEA M HARDING</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Oklahoma</u>.

Date:   <u>December 10, 2025</u>

By:    <u>/s/Jimmy Arreaga</u>

Name:  <u>Jimmy Arreaga</u>

Title:  <u>Certified Bankruptcy Counselor</u>

*Aniquasea M Harding*

*email: MSannahard 77 @gmail.com*

*phone: 405-615-1417*