# Notice Recipients

District/Off: 1087–5  User: admin  Date Created: 01/21/2026
Case: 25–13261  Form ID: 318  Total: 35

**Recipients of Notice of Electronic Filing:**
ust  United States Trustee  Ustpregion20.oc.ecf@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Aniquasea Marie Harding  11600 Sagamore Drive  Yukon, OK 73099
tr  Stephen J. Moriarty  Fellers Snider  100 N. Broadway Ave., Suite 1700  Oklahoma City, OK 73102–8820
cr  Exeter Finance LLC, c/o AIS Portfolio Services, LLC  4515 N Santa Fe Ave. Dept. APS  Oklahoma City, OK 73118
6980597  Cac Financial Corp  1601 NW Expressway  Oklahoma City Ok 73112
6980598  Capital Recovery Srvs  Ez Cash  15770 Dallas Pkwy  Suite 200  Dallas Tx 75248
6980599  City of Oklahoma City  Po Box 26570  Oklahoma City Ok 73126
6980600  City of Oklahoma City  Po Box 26570  Oklahoma City Ok 73126
6980601  Collection Mgmt  Emergency Phys of Mid America  661 Anderson Drive  Suite 110  Pittsburgh Pa 15220
6980602  Craig Wooten Dds  13301 North Meridian Ave  Suite 702  Oklahoma City Ok 73120
6980603  Credit One Bank  Po Box 98875  Las Vegas Nv 73126
6980604  Dept of Education  Aidvantage  Po Box 3000001  Greenville Sc 75403
6980606  Empire Finance of Norman  1816 West Main Street  Norman Ok 63069
6980605  Exeter Finance  Po Box 166008  Irving Tx 75016
6980607  First Collection Srvs  Oklahoma Natural Gas  10925 Otter Creek Rd East  Mabelville Ar 73103
6980608  Franklin Services  Att Uverse  Po Box 7026  Bedminster Nj 07921
6980609  Ians Enterprise Llc  9450 SW Gemini Drive  Number 39525  Beaverton Or 97008
6980610  Ic System Inc  Att Uverse  Po Box 64378  St Paul Mn 55164
6980611  Ironpoint Services  Cash Mart Advance  530 Technology Drive  Irvin Ca 92618
6980612  Jana Ferrell and Assoc  Mustang Improvement Auth  4101 Perimeter Center Drive  Number 210  Oklahoma City Ok 73112
6980613  Julie Wiley Do  Billing Dept  11001 South Western Ave  Number 300  Oklahoma City Ok 73170
6980614  Kickoff Lending Llc  Po Box 40070  Reno Nv 89504
6980615  Oklahoma City Community College  Bursar  7777 South May Ave  Oklahoma City Ok 73159
6980616  Oklahoma Gas and Electric  Po Box 24990  Oklahoma City Ok 73124
6980617  Oklahoma Gas and Electric  Po Box 24990  Oklahoma City Ok 73124
6980618  Oklahoma Natural Gas  Po Box 219296  Kansas City Mo 64121
6980619  One Eight Hundred Ez Cash  12101 North MacArthur Blvd  Ste 142  Oklahoma City Ok 73162
6980620  Ou Health  Po Box 269070  Oklahoma City Ok 73126
6980621  Radius Global Sltns  Att  7831 Glenroy Rd  Suite 250A  Minneapolis Mn 55439
6980622  Scs Group  6227 Orange Street  Los Angeles Ca 90048
6980623  Sgs Group  Capital Debt Collector  Home Outlet Furnit  25 South Oklahoma Avenue Suite 310  Oklahoma City Ok 73104
6980625  Ssm Health  Benefit Recovery Group  Po Box 172207  Memphis Tn 38187
6980624  Ssm Health  St Anthony Hospital Okc  Po Box 76323  Chicago Il 60677
6980626  Ssm Healthcare of Ok  Jason Gubbins Atty  Po Box 10110  Columbia Mo 65205
6980627  Transworld Systems  Qvc  Po Box 15130  Wilmington De 19850

TOTAL: 34