United States Bankruptcy Court

Western District of Oklahoma

In re: Case No. 25-13261-SAH

Aniquasea Marie Harding  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1087-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aniquasea Marie Harding, 11600 Sagamore Drive, Yukon, OK 73099-6623 |
| 6980597 | + | Cac Financial Corp, 1601 NW Expressway, Oklahoma City Ok 73118-1467 |
| 6980598 | + | Capital Recovery Srvs, Ez Cash, 15770 Dallas Pkwy, Suite 200, Dallas Tx 75248-6626 |
| 6980599 | + | City of Oklahoma City, Po Box 26570, Oklahoma City Ok 73126-0570 |
| 6980602 | + | Craig Wooten Dds, 13301 North Meridian Ave, Suite 702, Oklahoma City Ok 73120-8357 |
| 6980604 | | Dept of Education, Aidvantage, Po Box 3000001, Greenville Sc 75403 |
| 6980606 | + | Empire Finance of Norman, 1816 West Main Street, Norman Ok 73069-6454 |
| 6980608 | + | Franklin Services, Att Uverse, Po Box 7026, Bedminster Nj 07921-7026 |
| 6980609 | ++ | IAN S ENTERPRISE LLC, 9450 SW GEMINI DR #39525, BEAVERTON OR 97008-7105 address filed with court:, Ians Enterprise Llc, 9450 SW Gemini Drive, Number 39525, Beaverton Or 97008 |
| 6980611 | + | Ironpoint Services, Cash Mart Advance, 530 Technology Drive, Irvin Ca 92618-1349 |
| 6980613 | + | Julie Wiley Do, Billing Dept, 11001 South Western Ave, Number 300, Oklahoma City Ok 73170-6230 |
| 6980615 | + | Oklahoma City Community College, Bursar, 7777 South May Ave, Oklahoma City Ok 73159-4419 |
| 6980618 | + | Oklahoma Natural Gas, Po Box 219296, Kansas City Mo 64121-9296 |
| 6980619 | + | One Eight Hundred Ez Cash, 12101 North MacArthur Blvd, Ste 142, Oklahoma City Ok 73162-1800 |
| 6980621 | + | Radius Global Sltns, Att, 7831 Glenroy Rd, Suite 250A, Minneapolis Mn 55439-3117 |
| 6980622 | + | Scs Group, 6227 Orange Street, Los Angeles Ca 90048-4814 |
| 6980623 | + | Sgs Group, Capital Debt Collector, Home Outlet Furnit, 25 South Oklahoma Avenue Suite 310, Oklahoma City Ok 73104-2414 |
| 6980625 | + | Ssm Health, Benefit Recovery Group, Po Box 172207, Memphis Tn 38187-2207 |
| 6980626 | + | Ssm Healthcare of Ok, Jason Gubbins Atty, Po Box 10110, Columbia Mo 65205-4000 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: msannahard77@gmail.com | Jan 22 2026 21:27:00 | Aniquasea Marie Harding, 11600 Sagamore Drive, Yukon, OK 73099-6623 |
| tr | | EDI: QSJMORIARTY | Jan 23 2026 02:27:00 | Stephen J. Moriarty, Fellers Snider, 100 N. Broadway Ave., Suite 1700, Oklahoma City, OK 73102-8820 |
| cr | + | EDI: AISACG.COM | Jan 23 2026 02:27:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 6980601 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 22 2026 21:27:00 | Collection Mgmt, Emergency Phys of Mid America, 661 Anderson Drive, Suite 110, Pittsburgh Pa 15220-2700 |
| 6980603 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 22 2026 21:31:53 | Credit One Bank, Po Box 98875, Las Vegas Nv 89193-8875 |
| 6980605 | | Email/Text: exeter@ebn.phinsolutions.com | Jan 22 2026 21:27:00 | Exeter Finance, Po Box 166008, Irving Tx 75016 |
| 6980607 | + | Email/Text: Bankruptcy@FCScollects.com | Jan 22 2026 21:27:00 | First Collection Srvs, Oklahoma Natural Gas, 10925 Otter Creek Rd East, Mabelville Ar |

| District/off: 1087-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: 318 | Total Noticed: 32 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 6980610 | + EDI: LCIICSYSTEM | Jan 23 2026 02:27:00 | Ic System Inc, Att Uverse, Po Box 64378, St Paul Mn 55164-0378  72103-1661 |
| 6980612 | + Email/Text: sdavis@janaferrell.com | Jan 22 2026 21:27:00 | Jana Ferrell and Assoc, Mustang Improvement Auth, 4101 Perimeter Center Drive, Number 210, Oklahoma City Ok 73112-2302 |
| 6980614 | + Email/Text: bankruptcy@kikoff.com | Jan 22 2026 21:27:00 | Kickoff Lending Llc, Po Box 40070, Reno Nv 89504-4070 |
| 6980616 | + Email/Text: castiljm@oge.com | Jan 22 2026 21:27:00 | Oklahoma Gas and Electric, Po Box 24990, Oklahoma City Ok 73124-0990 |
| 6980620 | ^ MEBN | Jan 22 2026 21:25:16 | Ou Health, Po Box 269070, Oklahoma City Ok 73126-9070 |
| 6980624 | + Email/Text: bankruptcynotifications@ssmhealth.com | Jan 22 2026 21:27:00 | Ssm Health, St Anthony Hospital Okc, Po Box 76323, Chicago Il 60677-0001 |
| 6980627 | + Email/Text: bankruptcydepartment@tsico.com | Jan 22 2026 21:27:00 | Transworld Systems, Qvc, Po Box 15130, Wilmington De 19850-5130 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6980600 | *+ | City of Oklahoma City, Po Box 26570, Oklahoma City Ok 73126-0570 |
| 6980617 | *+ | Oklahoma Gas and Electric, Po Box 24990, Oklahoma City Ok 73124-0990 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise  LLC amanda@blackwoodlawfirm.com, BlackwoodLawFirmPLLC@jubileebk.net |
| Stephen J. Moriarty | smoriartytrustee@ferlerssnider.com  amoham@fellerssnider.com;smoriarty@ecf.axosfs.com |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Aniquasea Marie Harding** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4889** <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court **Western District of Oklahoma** | | |
| Case number:   **25–13261 – SAH** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Aniquasea Marie Harding

<u>January 21, 2026</u>

**By the court:**    <u>Sarah A. Hall</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318             **Order of Discharge**             page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**